**GOLDBERG & FLIEGEL LLP**
ATTORNEYS AT LAW
488 MADISON AVENUE, SUITE 1120
NEW YORK, NEW YORK 10022
www.goldbergfliegel.com
www.employmentlaw.nyc

KENNETH A. GOLDBERG                                                  TELEPHONE: (212) 983-1077
MICHELE L. FLIEGEL                                                   FACSIMILE: (212) 973-9577

June 6, 2019

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District Of New York
225 Cadman Plaza East, 1214 South
Courtroom: 13A-South Wing
Brooklyn, New York 11201

    Re:    Morales et al. v. Fourth Avenue Bagel Boy, Inc. et al.
            **18 Civ. 3734 (DLI) (VMS)**

Dear Judge Scanlon:

    We represent the Plaintiffs in the above-referenced matter.  We have received the Scheduling Order, dated June 3, 2019, setting a conference for June 19, 2019.  We respectfully request that the conference be adjourned to a different date because I am scheduled for a mediation on June 19, 2019 in another matter.  We are available on June 20 and 21, 2019 if either date is convenient for the Court.  Thank you for Your Honor's attention to this matter.

                                  Respectfully submitted,

                                  /s/ Kenneth A. Goldberg

                                  Kenneth A. Goldberg

# EXHIBIT A

# EXHIBIT B

# EXHIBIT C