ANTHONY A. CARONNA, ESQ.
Attorney at Law

291 Jewett Avenue
Staten Island, N.Y. 10302
(718) 522-5717

<u>Via E-file</u>                                                                    May 31, 2019

Magistrate Vera M. Scanlon
Eastern District New York
225 Cadman Plaza East
Brooklyn NY 11201

      *Re: Morales/Gerges v Fourth Avenue Bagel Boy, Inc. dba Steve's Bagels and Steven Natale*
                     *Docket Number 18CV3734 (DLI)(VMS)*

Dear Magistrate Scanlon:

      I represent the defendants in the above matter, however please be advised that I have been officially discharged by my client and shall no longer be the attorney of record for them on this matter. Following is confirmation of the foregoing, signed by my client and acknowledged by me.

                                     Very truly yours,

                                     *Anthony A. Caronna, Esq.*

cc.: *Kenneth Goldberg, Esq.*

Steven Natale
Fourth Avenue Bagel Boy, Inc. d/b/a
Steve's Bagels
6907 Fourth Avenue
Brooklyn, NY  11209

*Defendants Pro Se*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

Ramon Morales and Tony A. Gerges,

        Plaintiffs,

vs.                                                                          18CV3734 (DLI)(VMS)

Fourth Avenue Bagel Boy, Inc. d/b/a
Steve's Bagels and Steven Natale,                          **NOTICE OF DISCHARGE**
                                                                                        **OF ATTORNEY**

        Defendants.

---------------------------------------------------x


PLEASE TAKE NOTICE, that I, STEVEN NATALE, the undersigned, being one of the defendants in the above entitled action and the principal of Fourth Avenue Bagel Boy, Inc., d/b/a Steve's Bagels, do hereby notify Anthony A. Caronna, Esq., my attorney of record with offices located at 291 Jewett Ave, Staten Island, New York 10302 that I am discharging him as my attorney of record, and am electing to proceed in this action pro se.

I discharge my attorney not for any reason other than I wish to represent myself and my company.  I am fully satisfied with the representation I have received from Anthony Caronna and I release him from any obligation and/or contract to represent me as legal counsel, effective immediately.  As I am now representing myself, I ask that Mr. Caronna turn over my file to me.

By signing this notice of discharge I agree to fully, forever, irrevocably and unconditionally waive, release and discharge Anthony A. Caronna, his heirs, executors, administrators and successors and assigns from any and all claims, charges, complaints, demands, actions, causes of action, suits, rights, debts, sums of money, costs, accounts, reckonings, covenants, contracts, agreements, promises, doings, omissions, damages, executions, obligations, liabilities and expenses (including attorneys' fees and costs), of every kind and nature, known or unknown, which I may now have or claim to have or which I ever may have or claim to have against Anthony A. Caronna, from the beginning of the world to the date this notice is executed.  This includes, but is not limited to, all claims under state, local or federal law, including, without limitation, any claims

with the New York State Bar Association and the New York State Bar Association Disciplinary Committee.

Dated:  May 25, 2019

Acknowledged:

_____
Anthony A. Caronna, Esq.

_____
Steven Natale, Individually

_____
Steven Natale, Principal
Fourth Avenue Bagel Boy, Inc.