| | |
|---|---|
| **From:** | |
| **To:** | N Motion to strike? |
| **Subject:** | Tuesday, December 8, 2020 2:00:05 PM |
| **Date:** | |

CAUTION - EXTERNAL:

Dear judge Scanlon first and foremost I wish u and all in your court room good health and very little discomfort in these very difficult times that we are living in.
Your honor I would just to plead to you that I do not ha e a lawyer. I can not get into the pacer portal to find out what went on during the last conference and what this motion to strike means. If it is what I think it it is and council is looking for a judgment? I want u to know that I have complied with council with over seven hundred documents for discovery.  I've given him a list oF over a dozen witnesses of which he did not depose one of them. And I'm sure it's because it would not of helped his case one bit!I have made council a settlement offer on several  occasions and with that said your honor council has not given me a single document of discovery and not one single witness! He has full assess to any documents he wants from me. As I said before there is no there, there. I would appreciate your if you make any decisions until Dec 18. And I would hope and pray that u may consider dismissing this case when council does not provide a single ounce of proof.I hope that also take into consideration that council already has 3/4 mill dollar settlement already against me your honer. Please I hope you consider making any negative decisions against. E until at least the 18 December .
Thank u so much your honer and u have a blessed day.

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.