Dear judge Merkle. Please forgive me for my shortcomings your honer I've yet to retain a lawyer and need more time to do so please. I could not file the status report on my own. Please forgive me. I did not relise that I could not.
i contacted councilor Goldberg this past Thursday and he did not respond. He did send me settlement papers this past Monday for his client Tony Gerges however your honer Tony Gerges did send me to emails one that he sent to council Goldberg stating how he wants to drop the case and another stating how he wants to settle for 1 thousand bucks! He contacted me your honer!
Ken seems to think I'm intimidating the plaintiff AND THAT IS NOT TRUE!!!! I have not been contacting anyone as u said not to!
Ask the plaintiff these guys are not my clients your honer! This is breakdown between council and client!
When I contacted council Goldberg about these developments he refuse to respond to my calls and emails! Im sorry your honer but I am the only person that has suffered any kind of emotional and physically debilitating duress from these accusations! I want to end this already and get on with my life! And just for the record ur honer council Goldberg was offered a more then  substantial judgment offer in mediation oF WICTH HE REFUSED!!!   Im tired! Im broke! And I want this to be over already! Right now on this day 2/8/22 councilor Goldberg has a huge fracture in his case! Please let me know where I can send Tony Gerges emails (and in one of them he states how he is being abused by council and stalked by plaintiff Roman)  to you and I will. Im sorry judge but I think until councilor Goldberg addresses his issues with his client I don't think any other issue can be addressed until it's resolved.please your honer! And thank you
Steve Natale

 

RECEIVED FEB 17 2022 PRO SE OFFICE



SCANNED

Shimon Natale
29 70th Street
Brooklyn NY 11209

225 Cadman Plaza East
Attn: Judge Town Noide