# GOLDBERG & FLIEGEL LLP
ATTORNEYS AT LAW
488 MADISON AVENUE, SUITE 1120
NEW YORK, NEW YORK 10022
www.goldbergfliegel.com

KENNETH A. GOLDBERG                                 TELEPHONE: (212) 983-1077

MICHELE L. FLIEGEL                                     FACSIMILE: (212) 973-9577

March 29, 2022

Honorable Taryn A. Merkl, U.S.M.J.
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Morales et al. v. Fourth Avenue Bagel Boy, Inc. et al.**
             **18 Civ. 3734 (DLI) (TAM)**

Dear Judge Merkl:

    I write on behalf of Mr. Goldberg to respectfully request an adjournment of the telephonic conference scheduled for March 30, 2022 at 11:00 a.m. The reason for this request is a death in Mr. Goldberg's family. Mr. Goldberg can be available for a conference on April 6 or 8, 2022.

    I called Mr. Natale this morning and, notwithstanding the above circumstances communicated to him, he refused to consent to an adjournment.

                                                        Respectfully submitted,
                                                        /s/ Michele L. Fliegel
                                                        Michele L. Fliegel