UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Ramon Morales and Tony A. Gerges, | 18 Civ. 3734 (DLI) (TAM) |
| Plaintiffs, | **DECLARATION OF SERVICE** |
| - against - | |
| Fourth Avenue Bagel Boy, Inc. d/b/a Steve's Bagels and Steven Natale, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, KENNETH A. GOLDBERG, hereby declare as follows:

On March 29, 2022, the Court issued two Orders in the above-referenced matter and, on March 29, 2022, copies of those Orders were served on Defendants and Plaintiffs by e-mail. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: April 3, 2022

By: /s/ Kenneth A. Goldberg
Kenneth A. Goldberg
Goldberg & Fliegel LLP
488 Madison Avenue, Suite 1120
New York, New York 10022
Telephone: (212) 983-1077
Facsimile: (212) 973-9577