**GOLDBERG & FLIEGEL LLP**
ATTORNEYS AT LAW
488 MADISON AVENUE, SUITE 1120
NEW YORK, NEW YORK 10022
www.goldbergfliegel.com

KENNETH A. GOLDBERG  TELEPHONE: (212) 983-1077
MICHELE L. FLIEGEL  FACSIMILE: (212) 973-9577

May 18, 2022

Honorable Taryn A. Merkl, U.S.M.J.
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Morales et al. v. Fourth Avenue Bagel Boy, Inc. et al.**
              **18 Civ. 3734 (DLI) (TAM)**

Dear Judge Merkl:

    We advised Mr. Gerges of the in-person status conference scheduled for May 19, 2022. This morning we spoke with Mr. Gerges and we do not expect him to appear for the conference. Under the circumstances, we respectfully request that the conference be conducted by telephone. If the request is granted, we would forward the dial-in instructions to Mr. Gerges.

    Thank you for Your Honor's attention to this matter.

                                  Respectfully submitted,

                                  /s/ Kenneth A. Goldberg

                                  Kenneth A. Goldberg