UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

RAMON MORALES and TONY A. GERGES,

                      Plaintiffs,

    -against-

FOURTH AVENUE BAGEL BOY, INC., d/b/a STEVE'S
BAGELS, and STEVEN NATALE,

                      Defendants.

---------------------------------------------------------------------------X

Docket No.:
1:18-cv-03734-DLI-TAM

**NOTICE OF LIMITED APPEARANCE, ON A CONTINGENCY BASIS**

# NOTICE OF LIMITED APPEARANCE, ON A CONTINGENCY BASIS, WITH RESPECT TO DEFENDANT, STEVEN NATALE

To: The Honorable Court; the Clerk of the Court; and counsel of record for all parties of record:

1.     I am admitted or otherwise authorized to practice in this Court.

2.     I hereby respectfully appear in this case as defense counsel for defendant herein, Steven Natale, solely for the following <u>limited</u> purposes, and based upon the following contingency:

    **(a)**     <u>**Limitations**</u>:

    (i)     that I am appearing solely on behalf of defendant, Steven Natale ("Natale"), and not his corporate co-defendant;

    (ii)     that, considering sanctions are at stake, I am appearing solely to draft and serve objections to the Report and Recommendation of Magistrate Merkl (Dkt. No. 77); for all other matters, Natale will remain *pro se*.

**(b)    Contingency**

That this limited appearance is effective only if the Court grants an extension of time for Natale to file said objections (a letter application seeking such relief will follow).

3.    I respectfully request that any future correspondence, documents, filings, emails, ECF notifications, or other information relating to this matter (the subject R&R), be addressed to me at the office/email addresses set forth below.

Dated: July 21, 2022
       New York, New York

**LAW OFFICE OF ANTHONY V. GENTILE**

By: *Anthony V. Gentile*
Anthony V. Gentile (AG6065)
6648 Ridge Boulevard
Brooklyn, NY 11220
(718) 492-1444
anthonyvgentile_esq@yahoo.com

*Incoming Attorney, on a Limited Basis, for Defendant*
Steven Natale

To: all ECF Registrants in this case.