**GOLDBERG & FLIEGEL LLP**
ATTORNEYS AT LAW
488 MADISON AVENUE, SUITE 1120
NEW YORK, NEW YORK 10022
www.goldbergfliegel.com

KENNETH A. GOLDBERG　　　　　　　　　　　　　　　　　　　TELEPHONE: (212) 983-1077
MICHELE L. FLIEGEL　　　　　　　　　　　　　　　　　　　　FACSIMILE: (212) 973-9577

July 25, 2022

Honorable Dora L. Irizarry, U.S.D.J.
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Morales et al. v. Fourth Avenue Bagel Boy, Inc. et al.**
            **18 Civ. 3734 (DLI) (TAM)**

Dear Judge Irizarry:

    We write to respond to Dkt. ##80-81, pursuant to which Anthony Gentile, Esq., makes an untimely request: (1) for an extension of time to raise objections to the Report and Recommendation dated July 7, 2022 (Dkt. #77, "R&R"); and (2) approval of a "limited" appearance to do so.  We respectfully object to Mr. Gentile's requests.

    *First*, it is undisputed that Mr. Gentile's request for an extension of time to file objections to the R&R is untimely.

    *Second*, we object to Mr. Gentile's request for approval of a limited appearance to file objections to the R&R.  We are unaware of any rule allowing such a limited appearance.

    *Finally*, we respectfully submit that Mr. Gentile's proposed objections to the R&R have no merit.  Mr. Natale appeared multiple times before this Court and had a full and fair opportunity to address the underlying issues discussed in the R&R.  Mr. Natale received the R&R, was aware of his deadline to file objections, and did not file any objections.

    Thank you for Your Honor's attention to this matter.

                                                Respectfully submitted,
                                              /s/ Kenneth A. Goldberg
                                              Kenneth A. Goldberg