**GOLDBERG & FLIEGEL LLP**
ATTORNEYS AT LAW
488 MADISON AVENUE, SUITE 1120
NEW YORK, NEW YORK 10022
www.goldbergfliegel.com

KENNETH A. GOLDBERG  TELEPHONE: (212) 983-1077
MICHELE L. FLIEGEL  FACSIMILE: (212) 973-9577

August 5, 2022

Honorable Dora L. Irizarry, U.S.D.J.
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Morales et al. v. Fourth Avenue Bagel Boy, Inc. et al.**
            **18 Civ. 3734 (DLI) (TAM)**

Dear Judge Irizarry:

    On August 4, 2022, Anthony Gentile, Esq. filed objections to the Report and Recommendation dated July 7, 2022 (Dkt. #77). Based on the civil docket, Mr. Gentile's filing (Dkt. ##85 and 85-1) is both untimely and unauthorized. Accordingly, we respectfully request that the Court strike and/or disregard Mr. Gentile's untimely and unauthorized filing.

    Thank you for Your Honor's attention to this matter.

                                    Respectfully submitted,
                                    /s/ Kenneth A. Goldberg
                                    Kenneth A. Goldberg