```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X   Case No.:
RAMON MORALES and TONY A. GERGES,                                               1:18-cv-03734-DLI-TAM

                                          Plaintiffs,                           NOTICE OF SECOND
                                                                                SUPPLEMENTAL LIMITED
              -against-                                                         APPEARANCE, AND/OR
                                                                                AMENDED LIMITED
                                                                                APPEARANCE, BY
FOURTH AVENUE BAGEL BOY, INC., d/b/a STEVE'S                                    DEFENDANT'S
BAGELS, and STEVEN NATALE,                                                      ATTORNEY

                                          Defendants.
---------------------------------------------------------------------------X
```

## NOTICE OF SECOND SUPPLEMENTAL LIMITED APPEARANCE, AND/OR AMENDED LIMITED APPEARANCE, BY DEFENDANT'S ATTORNEY, ONLY WITH RESPECT TO DEFENDANT, STEVEN NATALE

To: The Honorable Court; the Clerk of the Court; and counsel of record for all parties of record:

1. I am an attorney duly authorized to practice law in the State of New York.

2. I am admitted in, or otherwise authorized to practice law in, this Court.

3. I have previously submitted a Notice of Limited Appearance in this case and a Notice of Supplemental Limited Appearance. *See* Dkt. No. 80, entered on July 21, 2022; and Dkt. No. 89, entered on August 29, 2022, respectively (collectively, the "Notices").

4. Your undersigned is already appearing in this case, *nunc pro tunc* to July 21, 2022, as follows in paragraph five (5), below, regarding limited representation only with respect to, and on behalf of, *pro se* defendant Steven Natale ("Natale"),[1] who shall remain *pro se* for all other matters outside this Notice until further notice.

---

[1] But not his corporate co-defendant.

5. Thus, your undersigned hereby respectfully continues to appear in this case, as defense counsel solely for defendant herein, Steven Natale, for the following limited purposes, matters and/or proceedings, and with respect to any and all purposes, matters and/or proceedings reasonably related thereto:

(i) to represent Natale with respect to: any and all aspects of the Report and Recommendation of Magistrate Merkl (Dkt. No. 77) ("R&R"); any and all aspects of Natale's Objections filed in response to said R&R (Dkt. No. 85); and/or any and all aspects of and any and all matters reasonably related to said R&R and/or said Objections including, e.g., but not limited to, Dkt. Nos. 81-83 (Natale's motion for an extension of time to file said Objections), and Dkt. Nos. 86-87 (plaintiff's motion to strike said objections);

(ii) to litigate any and all applications for extensions of time and/or adjournments on behalf of Natale, with respect to any and all aspects of this case;

(iii) to litigate an application on behalf of Natale to amend, at a future time, the proposed joint pretrial order;

(iv) to engage in any and all settlement discussions and/or settlement attempts in this case, whether via direct communication with Plaintiff's counsel, via mediation, via arbitration, via conferences before this Court and/or otherwise;

(v) to defend Natale with respect to any aspect of, or proceeding within, this case whereby Natale is being, or is potentially being, sanctioned, fined, held in contempt and/or otherwise penalized/punished with respect to his conduct in this case or before this Court; and,

(vi) to defend Natale with respect to any aspect of, or proceeding within, this case whereby the Court, or any other entity/person, is awarding/assessing, or is attempting to

award/assess, costs, expenses, damages, compensation, monetary sums and/or attorney fees as against Natale and in favor of any other party/attorney in this case.[2]

6. In addition, your undersigned hereby supplements/amends the aforesaid Notices to include representing Natale regarding the following <u>additional</u> limited purposes, matters and/or proceedings, only with respect to Natale in this case, and with respect to any and all purposes, matters and/or proceedings reasonably related thereto:

(i) assisting Natale with the drafting of his portion of the proposed Joint Pretrial Order based on matters and content he dictated to me;

(ii) efiling Natale's proposed Joint Pretrial Order as a courtesy because he apparently does not have efiling privileges; and,

(iii) assisting Natale with any and all <u>pretrial</u> motions and proceedings that are within your undersigned's knowledge and competency to litigate.

7. I respectfully request that any future correspondence, documents, filings, emails, ECF notifications, or other information relating to any and all of the aforesaid matters be addressed to me at the office/email addresses set forth below.

Dated: September 1, 2022
      New York, New York

**LAW OFFICE OF ANTHONY V. GENTILE**

By: *Anthony V. Gentile*
Anthony V. Gentile (AG6065)

---

[2] NB: This paragraph is unchanged from the prior supplemental notice.

6648 Ridge Boulevard
Brooklyn, NY 11220
(718) 492-1444
anthonyvgentile_esq@yahoo.com

*Attorney Appearing Herein, on a Limited Basis, for Defendant*
Steven Natale

To: all ECF Registrants in this case.