# ANTHONY V. GENTILE, ESQ.
6648 Ridge Boulevard
Brooklyn, New York 11220
718-492-1444
anthonyvgentile_esq@yahoo.com

June 26, 2023

<u>Via ECF</u>

Hon. Dora L. Irizarry
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  *Re:* *Morales v. Fourth Avenue Bagel Boy, Inc. et al. 1:18-cv-03734-DLI-TAM.*
     *Letter withdrawing motion to reconsider (Dkt. Nos. 103-104).*

Hon. Judge Irizarry:

Your undersigned writes to <u>withdraw</u> his motion to reconsider (Dkt. Nos. 103-104). After being denied relief on June 23rd, he pressed very hard to get the conflicting deposition rescheduled. Inasmuch as the outcome of that endeavor was most uncertain, he had no choice but to simultaneously press for this Court's reconsideration of rescheduling the conflicting court appearance as well.

Your undersigned just received word that his conflict has been resolved thus freeing him up to appear tomorrow in this matter, and he will appear as directed.

Sincerely and respectfully submitted,

*/s/ Anthony V. Gentile*
Anthony V. Gentile

cc: All ECF registrants; and to Steven Natale (via email).