# GOLDBERG & FLIEGEL LLP
ATTORNEYS AT LAW
488 MADISON AVENUE, SUITE 1120
NEW YORK, NEW YORK 10022
www.goldbergfliegel.com

KENNETH A. GOLDBERG　　　　　　　　　　　　　　　　　TELEPHONE: (212) 983-1077
MICHELE L. FLIEGEL　　　　　　　　　　　　　　　　　　FACSIMILE: (212) 973-9577

July 20, 2023

Honorable Taryn A. Merkl, U.S.M.J.
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Morales et al. v. Fourth Avenue Bagel Boy, Inc. et al.**
             **18 Civ. 3734 (DLI) (TAM)**

Dear Judge Merkl:

    We represent Plaintiff Ramon Morales in the above-referenced matter. We respectfully request an extension of time to July 26, 2023 to file a proposed settlement agreement for the Court's review. We forwarded a draft written settlement agreement to Mr. Natale but have not yet received a signed agreement from him. We hope to receive the signed agreement shortly.

    Thank you for Your Honor's attention to this matter.

                                               Respectfully submitted,
                                               /s/ Kenneth A. Goldberg
                                               Kenneth A. Goldberg